IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON ROBERSON                                                                                     PLAINTIFF
ADC #600212

V.                                    NO: 1:17CV00015 JM/PSH

IZARD COUNTY DETENTION CENTER                                                    DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Jason Roberson filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 21, 2017 (Doc. No. 1). On March 22, 2017, the Court entered an order directing Roberson to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application within 30 days. *See* Doc. No. 2. Roberson was also directed to file an amended complaint. *Id.* Roberson was cautioned that failure to file an amended complaint within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). The Court's March 22 order was mailed to Roberson at the Izard County Jail. That mail was returned as undeliverable, and the envelope was entered on the docket. *See* Doc. No. 3.

On March 30, 2017, the Court entered a text order. *See* Doc. No. 4. In the order, Roberson was notified that the mail could not be delivered to him because he was no longer at the address he provided. Roberson was directed to provide notice of his current mailing address by no later than thirty days from the entry of the March 30, 2017 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was sent to him at his last known address. The envelope containing the text order could not be delivered to Roberson because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket. *See* Doc. No. 5.

More than 30 days have passed, and Roberson has not complied or otherwise responded to the March 22 order or the March 30 order. Roberson also failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Roberson's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 5th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE