IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JASON ROBERSON                                                                          PLAINTIFF
ADC #600212

V.                            NO: 1:17CV00015 JM/PSH

IZARD COUNTY DETENTION CENTER                                                DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 23rd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE